Todd M. Nosher
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.: (212) 307-5500
Facsimile No.: (212) 307-5598
TMNosher@venable.com

**OF COUNSEL:**
Frank M. Gasparo
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.: (212) 307-5500
Facsimile No.: (212) 307-5598
FMGasparo@venable.com

*Attorneys for Defendant Multi Media, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>MULTI MEDIA, LLC, f/k/a Zmedianow, LLC, d/b/a chaturbate.com;<br><br>HEARILLE SERVICES LIMITED, d/b/a chatbill.com;<br><br>CWIE, LLC, d/b/a Cavecreek Wholesale Internet Exchange, Cavecreek Web Hosting, and highwebmedia.com;<br><br>CCBILL, LLC;<br><br>CWIE HOLDING COMPANY, INC.; and<br><br>DOES 1-20,<br><br>        Defendants. | Civil Action No. 14-02340 (ES) (JAD)<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>JURY TRIAL DEMANDED<br><br>**<u>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)</u>** |

Application is hereby made for a Clerk's Order extending time for which Defendant Multi Media, LLC may answer, move or otherwise reply to the Complaint filed by Plaintiff herein, and it is represented that:

1. No previous extension has been obtained;

2. Service of process was effected on April 16, 2014, but the summons has not been returned nor executed on the docket; and

3. Time to Answer, Move, or otherwise Reply expires on May 7, 2014.

With the 14 day extension, the new date for Defendant Multi Media, LLC to answer, move or otherwise reply to Plaintiff's Complaint is May 21, 2014.

Dated: May 5, 2014

Respectfully submitted,

s/ Todd M. Nosher
Todd M. Nosher
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:  (212) 307-5598
TMNosher@venable.com

**OF COUNSEL:**
Frank M. Gasparo
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:  (212) 307-5598
FMGasparo@venable.com

*Attorneys for Defendant Multi Media, LLC*

# ORDER

**IT IS** on this _____ day of May, 2014,

**ORDERED** that the time within which Defendant Multi Media, LLC must answer, move or otherwise reply to Plaintiff's Complaint be and hereby extended for a period of fourteen (14) days pursuant to Local Rule 6.1(b) of the Rules of the United States District Court for the District of New Jersey.  Defendant Multi Media, LLC are required to answer, move or otherwise reply by May 21, 2014.

WILLIAM T. WALSH, CLERK


By: _____
       DEPUTY CLERK