Leda Dunn Wettre
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
LWettre@rwmlegal.com

**OF COUNSEL:**
Frank M. Gasparo (*Pro Hac Vice*)
Ralph A. Dengler (*Pro Hac Vice* Pending)
Todd M. Nosher
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:  (212) 307-5598
FMGasparo@venable.com
RADengler@venable.com
TMNosher@venable.com

*Attorneys for Defendant*
*Multi Media, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MULTI MEDIA, LLC, f/k/a Zmedianow, LLC, d/b/a chaturbate.com; HEARILLE SERVICES LIMITED, d/b/a chatbill.com; CWIE, LLC, d/b/a Cavecreek Wholesale Internet Exchange, Cavecreek Web Hosting, and highwebmedia.com; CCBILL, LLC; CWIE HOLDING COMPANY, INC.; and DOES 1-20, <br><br> Defendants. | Civil Action No. 14-02340 (ES) (JAD) <br><br> *DOCUMENT FILED ELECTRONICALLY* |

**<u>DECLARATION PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to the Federal Rules of Civil Procedure 7.1(a), the undersigned counsel hereby states as follows:

1. Defendant Multi Media, LLC is a privately owned company.

2. Defendant Multi Media, LLC does not have a parent corporation.

                        Respectfully submitted,

                        s/ *Leda Dunn Wettre*
                        Leda Dunn Wettre
                        **ROBINSON, WETTRE & MILLER LLC**
                        One Newark Center
                        19th Floor
                        Newark, NJ 07102
                        Telephone No.: (973) 690-5400
                        Facsimile No.: (973) 466-2760
                        LWettre@rwmlegal.com

                        **OF COUNSEL:**
                        Frank M. Gasparo (*Pro Hac Vice*)
                        Ralph A. Dengler (*Pro Hac Vice* Pending)
                        Todd M. Nosher
                        **VENABLE LLP**
                        1270 Avenue of the Americas
                        New York, New York 10020
                        Telephone No.:  (212) 307-5500
                        Facsimile No.:  (212) 307-5598
                        FMGasparo@venable.com
                        RADengler@venable.com
                        TMNosher@venable.com

                        *Attorneys for Defendant*
                        *Multi Media, LLC*

Dated: May 21, 2014