

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

September 22, 2015

**VIA ECF**

The Honorable Esther Salas, U.S.D.J.
The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:**   *WAG v. MultiMedia, et al.* **(14-cv-02340)**;
*WAG v. WMM, LLC, et al.* **(14-cv-02345)**;
*WAG v. Flying Crocodile, Inc., et al.* **(14-cv-02674)**;
*WAG v. Gattyan Group S.à r.l., et al.* **(14-cv-02832)**;
*WAG v. FriendFinder Networks Inc., et al.* **(14-cv-03456)**;
*WAG v. Vubeology, Inc., et al.* **(14-cv-04531); and**
*WAG v. WebPower, Inc., et al.* **(15-cv-03581)**

Dear Judge Salas and Magistrate Judge Dickson:

On September 11, 2015, the Court issued an Order denying the Defendants' joint motion to dismiss WAG's Complaints. As a result, Defendants must file their respective answers in the above-captioned actions by September 25, 2015. *See* Fed. R. Civ. P. 12(a)(4)(A). With the consent of WAG, we write to respectfully request a 30-day extension, *i.e.*, until October 26, 2015, for Defendants to file their answers.

If this proposal meets with Your Honor's approval, we kindly ask that the enclosed Consent Order be signed and entered on the Court's docket. We thank the Court for its courtesies and consideration.

Respectfully,

s/ Keith J. Miller
Keith J. Miller

cc:   All counsel of record (*via* ECF)