

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

February 16, 2016

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re**:   *WAG Acquisitions L.L.C. v. MultiMedia, LLC, et al.* **(14-cv-02340)**;
*WAG Acquisitions L.L.C. v. WMM LLC, et al.* **(14-cv-02345)**;
*WAG Acquisitions L.L.C. v. Flying Crocodile, et al.*, **(14-cv-02674)**;
*WAG Acquisitions L.L.C. v. Gattyan Group S.a.r.l et al.* **(14-cv-02832)**;
*WAG Acquisitions L.L.C. v. FriendFinder Networks Inc., et al.* **(14-cv-03456)**;
*WAG Acquisitions L.L.C. v. Vubeology, Inc., et al.* **(14-cv-04531); and**
*WAG Acquisitions L.L.C. v. WebPower, Inc., et al.* **(15-cv-03581)**

Dear Judge Hammer,

On behalf of Plaintiff WAG Acquisition, L.L.C. ("WAG") and the Defendants in the above-captioned cases ("Defendants") (collectively, "the Parties"), we write regarding the Court's February 8, 2016 Text Order regarding the Parties' remaining disputes in the Discovery Confidentiality Order (D.I. 73 in 14-cv-02345).

The Parties respectfully request an extension until Tuesday, February 23 to comply with Your Honor's Text Order. An additional week is being requested to allow the parties to continue to meet and confer in a good-faith attempt to resolve the remaining disputes. This is the first such extension requested by the Parties.

If this request meets with Your Honor's approval, we kindly ask that this letter be "SO ORDERED" and entered on the Court's docket. We thank the Court for its courtesies and consideration.

Respectfully,

s/ Justin T. Quinn
Justin T. Quinn

cc:   All counsel of record (*via* ECF)