# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG Acquisition, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Multi Media, L.L.C., *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-02340 (ES)(MAH) |
| WAG Acquisition, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Data Conversions, Inc., *et al.* <br><br> Defendants. | Civil Action No. 2:14-cv-02345 (ES)(MAH) |
| WAG Acquisition, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Flying Crocodile, Inc., *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-02674 (ES)(MAH) |
| WAG Acquisition, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Gattyán Group S.à r.l., *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-02832 (ES)(MAH) |

| | |
|---|---|
| WAG Acquisition, L.L.C.,<br><br>                      Plaintiff,<br><br>v.<br><br>FriendFinder Networks Inc., *et al.*,<br><br>                      Defendants. | Civil Action No. 2:14-cv-03456 (ES)(MAH) |
| WAG Acquisition, L.L.C.,<br><br>                      Plaintiff,<br><br>v.<br><br>Vubeology, Inc. *et al.*,<br><br>                      Defendants. | Civil Action No. 2:14-cv-04531 (ES)(MAH) |
| WAG Acquisition, L.L.C.,<br><br>                      Plaintiff,<br><br>v.<br><br>WEBPOWER, Inc. d/b/a WP Associates *et al.*,<br><br>                      Defendants. | Civil Action No. 2:15-cv-3581 (ES)(MAH) |

## (PROPOSED) AMENDED DISCOVERY PLAN

**THIS MATTER** having come before the Court on _10/14_, 2016 pursuant to the Court's Order and oral opinion delivered on the record on September 29, 2016 (Dkt. No. 107 in 14-cv-2340), and the Parties having presented a proposed Amended Joint Discovery Plan; and for good cause shown:

IT IS, on this _14th_ day of _October_, 2016 **ORDERED THAT:**

1.   **Discovery Schedule.** The discovery schedule in this matter shall be as follows:

| Item Number | Event | Proposed Date | Reference |
|---|---|---|---|
| **Liability Discovery Phase** | | | |
| 1 | Service of redacted infringement contentions to reflect reduced claims | TBD if applicable based on Court's decision | |
| 2 | Service of Amended Invalidity Contentions and if necessary Non-Infringement Contentions striking contentions with respect to any redacted claims | TBD if applicable based on Court's decision (at the earliest 30 days after Item 1 or Court's decision) | L. Pat. R. 3.3-3.4 |
| 3 | Service of Responses to Invalidity Contentions and Accompanying Document Production | 30 days after the later of Item 2 or Court's decision | L. Pat. R. 3.4A |
| 4 | Status Conference | 12/2/2016[1] (if available on the Court's calendar) | |
| 5 | Deadline to amend pleadings to add additional parties | 12/5/2016 | |
| 6 | Status Conference | 2/24/2017 (if available on the Court's calendar) | |
| 7 | Close of Fact Discovery Relating to Liability | 4/21/2017 | |
| **Claim Construction Phase** | | | |
| 8 | Exchange of Proposed Terms for Construction | 3/3/2017 | L. Pat. R. 4.1(a) |
| 9 | Exchange of Preliminary Claim Constructions | 3/24/2017 | L. Pat. R. 4.2(a)-(b) |
| 10 | Service of Identification of Intrinsic and Extrinsic Evidence for Claim Construction | 4/7/2017 | L. Pat. R. 4.2(c) |

---

[1]   Plaintiff will initiate the call with Defendants to the Court for all Status Conferences.

| Item Number | Event | Proposed Date | Reference |
|---|---|---|---|
| 11 | File Joint Claim Construction and Prehearing Statement | 4/29/2017 | L. Pat. R. 4.3(a)-(f) |
| 12 | Status Conference | 5/12/2017 (if available on the Court's calendar) | |
| 13 | Completion of Claim Construction Discovery other than Experts; Tutorials due | 5/29/2017 | L. Pat. R. 4.4 |
| 14 | File Opening Markman Submissions | 6/13/2017 | L. Pat. R. 4.5(a) |
| 15 | File Responding Markman Submissions | 8/14/2017 | L. Pat. R. 4.5(c) |
| 16 | File a Proposed Schedule for Claim Construction Hearing | 8/28/2017 | L. Pat. R. 4.6 |
| 17 | Status Conference | 8/31/2017 (if available on the Court's calendar) | |
| 18 | Conclude Markman Expert Discovery | 9/1/2017 | L. Pat. R. 4.5(b) |
| 19 | Disclose FRCP information relating to liability experts | 10 days after Markman Order | |
| 20 | Opening expert reports by party bearing liability burden | 45 days after Markman Order | |
| 21 | Responding liability expert reports | 75 days after Markman Order | |
| 22 | Close of liability expert discovery | 100 days after Markman Order | |
| **Liability Dispositive Motion Phase** | | | |
| 23 | Deadline to file all dispositive motions (including motions for summary judgment, Defendants to renew their § 101 Challenge, motions to strike experts, and Liability *Daubert* motions) | 135 days after Markman Order | |
| 24 | Serve Advice of Counsel Defense Disclosures and Accompanying Document Production | 30 days after Markman Order | L. Pat. R. 3.8(a)-(c) |
| **Damages Discovery Phase (if necessary)** | | | |
| 25 | Damages fact and expert discovery, if necessary | TBD (parties will meet and confer after dispositive motions) | |
| **Trial Disclosure Phase (if necessary)** | | | |
| 26 | Trial disclosures, if necessary | TBD (parties will meet and confer after dispositive motions) | |

2.      **Interrogatories.**  Plaintiff may serve up to twenty-five (25) interrogatories in each docketed case.  Defendants may serve up to twenty (20) interrogatories in each docketed case and may serve up to fifteen (15) interrogatories common to all of the above-docketed cases.

3.      **Depositions.**

      a.  Plaintiff and Defendants in each docketed case shall have 45 hours of deposition time total for depositions of parties and party fact witnesses.

      b.  In addition, Plaintiff and Defendants collectively for all of the above-docketed cases will each have an additional 20 hours of deposition time total.

4.      **Requests for Production of Documents.** There are no limits on requests for the production of documents, subject to Fed. R. Civ. P. 26 and further Orders of the Court.

5.      **Requests for Admission.**  Plaintiff and Defendants in each docketed case shall have 25 requests for admission except there is no limit on the number of requests for admission that a document is (1) authentic, (2) a business record, or (3) otherwise meets a condition for admissibility in evidence.

6.      **Third- (or Non-) Party Discovery.**  There are no limits on non-/third-party discovery, subject to Fed. R. Civ. P. 26 and further Orders of the Court.

7.      **Liability Expert Discovery.**  The parties shall meet and confer after claim construction briefing has been submitted to discuss the contours on liability expert discovery.

8.      **E-Discovery.**  See the "Order Regarding E-Discovery in Patent Cases." *See e.g.*, Dkt. No. 67 (14-cv-03456).

9.      Any dispute regarding written discovery shall be submitted to the Court by way of Joint Letter, and only after the Parties have met and conferred in good faith under L. Civ. R. 37.1. Any dispute regarding written liability discovery must be presented by <u>March 17, 2017</u>.

Thereafter, the Court will not entertain any disputes Re. written liability discovery.   After Dispositive Motion Phase (see above), any Party may, on notice to the other Parties in these cases, request a separate deadline for written discovery disputes arising from damages discovery in light of the bifurcation motion being granted.

     **IT IS SO ORDERED.**

Dated this _14_ day of _October_ 2016

                                                   Michael A. Hammer, U.S.M.J.