Justin T. Quinn
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
973-690-5400
jquinn@rwmlegal.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG Acquisition, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Multi Media, L.L.C., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-02340 (ES)(MAH)<br><br>**Hearing Date:  August 21, 2017**<br><br>**NOTICE OF JOINT MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** |
| WAG Acquisition, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Data Conversions, Inc., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-02345 (ES)(MAH) |

| | |
|---|---|
| WAG Acquisition, L.L.C., <br><br>      Plaintiff, <br><br> v. <br><br> Flying Crocodile, Inc., *et al.*, <br><br>           Defendants. | Civil Action No. 2:14-cv-02674 <br> (ES)(MAH) |
| WAG Acquisition, L.L.C., <br><br>      Plaintiff, <br><br> v. <br><br> Gattyán Group S.à r.l., *et al.*, <br><br>           Defendants. | Civil Action No. 2:14-cv-02832 <br> (ES) (MAH) |
| WAG Acquisition, L.L.C., <br><br>      Plaintiff, <br><br> v. <br><br> FriendFinder Networks Inc., *et al.*, <br><br>           Defendants. | Civil Action No. 2:14-cv-03456 <br> (ES)(MAH) |
| WAG Acquisition, L.L.C., <br><br>      Plaintiff, <br><br> v. <br><br> Vubeology, Inc., *et al.*, <br><br>           Defendants. | Civil Action No.2:14-cv-04531 <br> (ES)(MAH) |

| | |
|---|---|
| WAG Acquisition, L.L.C., | |
|     Plaintiff, | Civil Action No.2:15-cv-03581 (ES)(MAH) |
| v. | |
| WebPower, Inc., d/b/a WP Associates *et al.*, | |
|     Defendants. | |

**TO:**  William T. Walsh, Clerk
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Ronald Abramson, Esq.
Lewis Baach Kaufmann Middlemiss PLLC
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174

**PLEASE TAKE NOTICE** that Defendants FriendFinder Networks Inc., Streamray Inc., Multi Media, LLC, WMM, LLC, WMM Holdings, LLC, WebPower, Inc., Accretive Technology Group, Inc., ICF Technology, Inc., Riser Apps LLC, Vubeology, Inc., Duodecad IT Services Luxembourg S.à r.l., and Docler Media LLC (collectively, "Defendants"), by and through their respective attorneys, hereby move for an Order dismissing the above-captioned matters or, in the alternative, transferring them to their proper venues in light of the Supreme Court's

decision in *TC Heartland*, and pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §§ 1400(b), 1406.

**PLEASE TAKE FURTHER NOTICE** that, in support of this joint motion, Defendants will rely upon the accompanying memorandum of law, the attendant party Declarations, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.


Dated:  July 28, 2017              Respectfully submitted,

                                   s/ Justin T. Quinn
                                   Justin T. Quinn
                                   **ROBINSON MILLER LLC**
                                   One Newark Center
                                   Newark, NJ 07102
                                   Telephone No.: (973) 690-5400
                                   Facsimile No.: (973) 466-2760
                                   JQuinn@rwmlegal.com

                                   *Attorneys for Defendants FriendFinder Networks Inc., Streamray Inc., Multi Media, LLC, WMM, LLC WMM Holdings, LLC, WebPower, Accretive Technology Group, Inc., ICF Technology Group, Inc., Riser Apps, LLC, Duodecad IT Services Luxembourg S.à r.l. and Docler Media LLC*