UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

June 29, 2018

## LETTER ORDER

Re:   *WAG Acquisition, L.L.C. v. Multi Media, LLC, et al.* **(14-2340)**
      *WAG Acquisition, L.L.C. v. Data Conversions, Inc., et al.* **(14-2345)**
      *WAG Acquisition, L.L.C. v. Flying Crocodile, Inc., et al.* **(14-2674)**
      *WAG Acquisition, L.L.C. v. Gattyan Group S.a.r.1, et al.* **(14-2832)**
      *WAG Acquisition, L.L.C. v. Friendfinder Networks Inc., et al.* **(14-3456)**
      *WAG Acquisition, L.L.C. v. Vubeology, Inc., et al.* **(14-4531)**
      *WAG Acquisition, L.L.C. v. Webpower, Inc., et al.* **(15-3581)**

Dear Counsel:

Pending before the Court in the above-referenced actions are Defendants' motions to dismiss for lack of subject-matter jurisdiction, or alternatively, to dismiss for improper venue, or to transfer. The Court intends to resolve these motions together in the normal course.

Accordingly, **for administrative purposes only**, the Clerk of Court shall TERMINATE the following docket entries:

- Civil Action No. 14-2340:   D.E. No. 162
- Civil Action No. 14-2345:   D.E. No. 148
- Civil Action No. 14-2674:   D.E. No. 139
- Civil Action No. 14-2832:   D.E. No. 148
- Civil Action No. 14-3456:   D.E. No. 146
- Civil Action No. 14-4531:   D.E. No. 124
- Civil Action No. 15-3581:   D.E. No. 112

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**