# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**MULTI MEDIA, LLC,** *et al.*,<br><br>       Defendants. | Civil Action No.: 14-2340 (ES) (MAH) |
| **WAG ACQUISITION, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**DATA CONVERSIONS, INC.,** *et al.*,<br><br>       Defendants. | Civil Action No.: 14-2345 (ES) (MAH) |
| **WAG ACQUISITION, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**FLYING CROCODILE, INC.,** *et al.*,<br><br>       Defendants. | Civil Action No.: 14-2674 (ES) (MAH) |

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GATTYÁN GROUP S.à.r.l., *et al.*,<br><br>      Defendants. | Civil Action No.: 14-2832 (ES) (MAH) |
| WAG ACQUISITION, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 14-3456 (ES) (MAH) |
| WAG ACQUISITION, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>VUBEOLOGY, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 14-4531 (ES) (MAH) |
| WAG ACQUISITION, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>WEBPOWER, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 15-3581 (ES) (MAH)<br><br>**<u>ORDER ADOPTING<br>REPORT & RECOMMENDATION</u>** |

**SALAS, DISTRICT JUDGE.**

The Court having reviewed the Report and Recommendation issued by Magistrate Judge Michael A. Hammer, as well as the parties' submissions, and for the reasons set forth in the Court's corresponding Opinion,

IT IS on this 13th day of August, 2019,

**ORDERED** as follows:

1. The well-reasoned and thorough Report and Recommendation of Judge Hammer is hereby ADOPTED IN FULL;

2. Defendants' motion to dismiss for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) is DENIED;

3. Defendants' motion to dismiss for improper venue pursuant to 28 U.S.C. §§ 1400(b), 1406 is DENIED;

4. Defendants' motion to transfer venue pursuant to 28 U.S.C. §§ 1400(b), 1406 is GRANTED, as follows:

    a. *WAG v. Multi Media, LLC*, Civil Action No. 14-2340 is TRANSFERRED to the United States District Court for the Central District of California;

    b. *WAG v. Data Conversions, Inc.*, Civil Action No. 14-2345 is TRANSFERRED to the United States District Court for the District of Nevada;

    c. *WAG v. Flying Crocodile, Inc.*, Civil Action No. 14-2674 is TRANSFERRED to the United States District Court for the Western District of Washington;

    d. *WAG v. Friendfinder Networks Inc.*, Civil Action No. 14-3456 is TRANSFERRED to the United States District Court for the Northern District of California;

e. *WAG v. Vubeology, Inc.*, Civil Action No. 14-4531 is TRANSFERRED to the United States District Court for the Western District of Texas; and

f. *WAG v. Webpower, Inc.*, Civil Action No. 15-3581 is TRANSFERRED to the United States District Court for the Southern District of Florida.

5. In *WAG Acquisition LLC v. Gattyán Group S.a.r.l.*, Civ. No. 14-2832, Plaintiff's cross-motion to dismiss Defendant Docler-U.S. under Fed. R. Civ. P. 41(a)(2) without prejudice is GRANTED and Defendants' motion to transfer pursuant to 28 U.S.C. § 1404(a) is DENIED.

6. The Clerk of the Court shall TERMINATE the following docket entries:

   a. Civil Action No. 14-2340, D.E. No. 175;

   b. Civil Action No. 14-2345, D.E. No. 160;

   c. Civil Action No. 14-2674, D.E. No. 153;

   d. Civil Action No. 14-2832, D.E. No. 168;

   e. Civil Action No. 14-3456, D.E. No. 158;

   f. Civil Action No. 14-4531, D.E. No. 138; and

   g. Civil Action No. 15-3581, D.E. No. 124.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**